UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re
Alper Holdings USA, Inc.

Debtor
Alper Holdings USA, Inc.

        08cv3625(GBD)
        SCHEDULING ORDER

-against-

Jon and Charlotte Armstrong
Armstrong Plaintiffs
        Appellant,

-------------------------------------------------------X
Alper Holdings USA, Inc. ,

        Appellee
-------------------------------------------------------X
GEORGE B. DANIELS, District Court Judge:

    An appeal of an Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal, it is hereby,

    ORDERED, that appellant's memorandum of law in support of its appeal shall be submitted by **July 9, 2008** appellees' opposition shall be submitted by **October 15, 2008**, and appellant's reply shall be submitted by **January 14, 2009.**

    IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, NY 10007

Dated: New York, New York
       April 17, 2008

                      SO ORDERED:

                      _George B. Daniels_
                      George B. Daniels, USDJ